UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS MORALES, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

J&M DELI CORP., *doing business as* 45 DELI;
NEW 45 FARM INC., *doing business as* 45 DELI;
JIN HWAN OH; and KIM IN YONG,

                Defendants.

**OPINION AND ORDER**

22 Civ. 4394 (ER)

The Court is in receipt of the Mediator's report that agreement was reached on all issues. As such, the parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by September 6, 2022.

It is SO ORDERED.

Dated:   August 23, 2022
           New York, New York

                                          EDGARDO RAMOS, U.S.D.J.